106 F.3d 247
 STATE OF SOUTH DAKOTA; City of Oacoma, Appellants,
v.
UNITED STATES DEPARTMENT OF INTERIOR; Eddie F. Brown,
Assistant Secretary-Indian Affairs; Jerry Jaeger,
Acting Area Director, Bureau of Indian
Affairs, Appellees.
White Earth Band of Chippewa Indians; Lower Brule Sioux
Tribe, also known as Lower Brule Tribe of Sioux Indians;
Three Affiliated Tribes, of the Fort Berthold Reservation;
The Miccosukee Tribe, of Indians of Florida; The Menominee
Indian Tribe, of Wisconsin; The Seminole Tribe, of Florida;
The Narragansett Indian Tribe; Confederated Salish and
Kootenai Tribes, of the Flathead Reservation; Cow Creek
Band of Umpqua Tribe of Indians; Nez Perce Tribe; Spokane
Tribe of Indians; Stockbridge-Munsee Band of Mohican
Indians; Winnebago Tribe, of Nebraska; Jicarilla Apache
Tribe; Pueblo of Laguna; Pueblo of Santa Ana; Assiniboine
and Sioux Tribes, of the Fort Peck Reservation; Cheyenne
River Sioux Tribe; Ho-Chunk Nation; Lac Du Flambeau Band,
of Lake Superior Chippewa Indians; Puyallup Tribe of
Indians; St. Croix Band of Chippewa Indians; Standing Rock
Sioux Tribe; Yankton Sioux Tribe; Shakopee Mdewakanton
Sioux (Dakota) Community; Prairie Island Indian Community
Reservation; The Upper Sioux Community; The Grand Portage
Band, of Chippewa; Red Lake Band of Chippewa Indians;
Sisseton-Wahpeton Sioux Tribe; Minnesota Chippewa Tribe;
Mississippi Band of Choctaw Indians; San Manuel Band of
Mission Indians; Cherokee Nation; Chippewa-Cree Tribe of
the Rockyboy's Reservation; Crow Creek Sioux Tribe;
Hannahville Indian Community; Mashantucket Pequot Tribe;
Oglala Sioux Tribe; Rosebud Sioux Tribe; Paiute Indian
Tribe of Utah; National Congress of American Indians; Amici Curiae,
State of Connecticut, acting by its Attorney General,
Richard Blumenthal; State of Arizona, acting by its
Attorney General, Grant Woods; State of California, acting
by its Attorney General, Daniel Lungren; State of Florida,
acting by its Attorney General, Robert A. Butterworth;
State of Idaho, acting by its Attorney General, Alan G.
Lance; State of Massachusetts, acting by its Attorney
General, Scott Harshbarger; State of Missouri, acting by
its Attorney General, Jeremiah W. Nixon; State of Montana,
acting by its Attorney General, Joseph P. Mazurek; State of
Nebraska, acting by its Attorney General, Don Stenberg;
State of Oregon, acting by its Attorney General, Theodore R.
Kulongoski; State of Utah, acting by its Attorney General,
Jan Graham; State of Wisconsin, acting by its Attorney
General, James E. Doyle; State of Wyoming, acting by its
Attorney General, William U. Hill, Amicus on Behalf of Appellant.
 No. 94-2344SDRC.
 United States Court of Appeals,
Eighth Circuit.
 Dec. 19, 1996.
 
 1
 Appeal from the United States District Court for the District of South Dakota.
 
 
 2
 Prior report: 69 F.3d 878.
 
 JUDGMENT
 
 3
 Based upon the remand order of the Supreme Court of the United States in Department of the Interior v. South Dakota, --- U.S. ----, 117 S.Ct. 286, 136 L.Ed.2d 205, the mandate of this court is hereby recalled, the judgment of this court is vacated, and the case is remanded to the United States District Court for the District of South Dakota with instructions to remand the matter to the United States Secretary of the Interior for reconsideration of his administrative decision.
 
 
 4
 Mandate shall issue forthwith.